IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| TAMI J. SIGSTAD, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § NO. 4:05-CV-635-A |
| | § |
| JOANNE B. BARNHART, | § |
| COMMISSIONER OF SOCIAL | § |
| SECURITY, | § |
| | § |
| Defendant. | § |

## ORDER

Came on for consideration the above-captioned action wherein Tami J. Sigstad is plaintiff and JoAnne B. Barnhart, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for disability benefits under Title II and supplemental security income or SSI benefits under Title XVI of the Social Security Act. On June 16, 2006, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation and granted the parties until July 10, 2006, in which to file and serve objections. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge. Therefore,

The court ORDERS that the decision of defendant that plaintiff was not entitled to disability benefits under Title II

or to supplemental security income or SSI benefits under Title XVI be, and is hereby, affirmed.

    SIGNED July 18, 2006.

                              JOHN McBRYDE
                              United States District Judge